SOPHIA WANG (CA SBN 319151)
sophia.wang@berkeley.edu
*Designated Counsel for Service*
SANDHYA NADADUR (CA SBN 361807)
sandhya.nadadur@berkeley.edu
**Criminal Law & Justice Center**
University of California, Berkeley
Berkeley Law West
Law Building
Berkeley, CA 94720-7200
(415) 763-0299

*Pro Bono Attorneys for Petitioner*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAN TIGRANYAN, | Case No.: 1:25-cv-1554-DJC-SCR |
| Petitioner, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| WARDEN OF CALIFORNIA CITY DETENTION, | |
| Respondents. | |

Pursuant to this Court's order dated December 4, 2025 (Docket 9), counsel for the parties have met and conferred and agreed to the following briefing schedule:

1. Petitioner shall file a reply/traverse by December 19, 2025.

2. Respondent shall file a sur-reply or notice of submission within 14 days of Petitioner's reply/traverse.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: 12/09/2025          /s/ Sophia Wang

Sophia Wang, Attorney for Petitioner

DATED: 12/09/2025          /s/ Dhruv Sharma

Dhruv Sharma, Attorney for Respondent

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 11, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
Case No.: 1:25-cv-1554-DJC-SCR