UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMAN TIGRANYAN,

                    Petitioner,

        v.

WARDEN OF CALIFORNIA CITY
DETENTION,

                    Respondent.

No.  1:25-CV-01554-DJC-SCR

ORDER

Petitioner, a federal immigration detainee proceeding through appointed counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 13, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Respondent filed an objection to the findings and recommendations that stated their opposition to affording relief based on the same argument as that stated in their answer.  ECF No. 17.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

1

304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 16) are adopted in full.

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is granted.

3. Respondent is ordered to provide petitioner with a bond hearing before an IJ within fourteen days from the date of this order where the IJ must order petitioner released unless the IJ finds that he is a risk of flight or danger to the community by clear and convincing evidence.

4. Respondent is further directed to file a notice certifying compliance with the above provision within 21 days from the date of this order.

5. The Clerk of Court is directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **January 16, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Th/tigr1554.805.2241.imm

2